FILED 27 SEP '12 09:15 USDC-ORE

**S. AMANDA MARSHALL**, Oregon State Bar No. 953473
United States Attorney
**AMY E. POTTER**
Assistant United States Attorney
405 E. 8th Avenue
Eugene, OR 97401
Telephone: (541) 465-6771
Facsimile: (541) 465-6314
e-mail: amy.potter@usdoj.gov
Of Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

***In re* ALL Criminal Cases Charging Violations OF 8 U.S.C. §§ 1325 and 1326**

Misc. No. 6:12-mc-343

**MOTION FOR AN ORDER PERMITTING ACCESS TO A-FILE IN ALL CRIMINAL CASES CHARGING VIOLATIONS OF 8 U.S.C. §§ 1325 and 1326**

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and Amy E. Potter, Assistant United States Attorney, hereby moves this Court for a general order permitting defense counsel and their authorized representatives access to a defendant's A-File in criminal cases charging violations of 8 U.S.C. §§ 1325 and 1326.

The government believes this order is appropriate and necessary because in some cases defense counsel require access to the A-File to adequately advise their clients regarding the plea offer made by the government. The Eugene Division of the Department of Homeland Security, U.S. Immigration and Customs Enforcement, per their policy, requires a Court Order to allow

counsel access to the A-File. A general order will allow defense counsel to more quickly access the A-File because they will not need to file an order in each individual case in which they need to view the A-File and wait for the Court to issue the Order.

The government has contacted Craig Weinerman, Supervisory Assistant Federal Public Defender in Eugene, and he does not object to the issuance of this order.

Dated this 27th day of September, 2012.

Respectfully Submitted,

S. AMANDA MARSHALL
United States Attorney
District of Oregon

AMY E. POTTER
Assistant United States Attorney